850

EVELYN BEADLE, Individually and as Administratrix of the Estate of
FLOYD BEADLE, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.—

Present — Coon, J. P., Gibson, Herlihy, Reynolds and Taylor, JJ.